Naval Consolidated Brig, Miramar and Commanding Officer, Naval Consolidated Brig, Charleston, Appellees.

On consideration of the writ-appeal petitions, it is ordered that said writ-appeal petitions are hereby denied.

No. 11–0567/AR. U.S. v. Eric L. Nordin. CCA 20090044. Appellee's motion to extend time to file an answer to the supplement to the petition for grant of review granted to August 29, 2011.

No. 11–0625/AR. U.S. v. Larry E. Henderson, Jr. CCA 20090613. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 15, 2011.

Wednesday, July 27, 2011

No. 11–0486/NA. U.S. v. Akeem A. Wilkins. CCA 201000289. Review granted on the following issue:

> WHETHER APPELLANT'S RIGHT TO DUE PROCESS OF LAW WAS VIOLATED WHEN HE WAS CONVICTED FOR ABUSIVE SEXUAL CONTACT AS A LESSER INCLUDED OFFENSE OF AGGRAVATED SEXUAL ASSAULT.

The decision of the United States Navy–Marine Corps Court of Criminal Appeals is vacated; and the record of trial is returned to the Judge Advocate General of the Navy for remand to the United States Navy–Marine Corps Court of Criminal Appeals for reconsideration in light of *United States v. McMurrin*, 70 M.J. 15 (C.A.A.F. 2011), *United States v. Girouard*, 70 M.J. 5 (C.A.A.F. 2011), *United States v. Bonner*, 70 M.J. 1 (C.A.A.F. 2011), and *United States v. Alston*, 69 M.J. 214 (C.A.A.F. 2010).

No. 11–0400/AR. U.S. v. Michael T. McNaughton. CCA 20090596. Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL

ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA*, *MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.

No. 07–0870/AF.   U.S. v. Charles S. Roach.   CCA S31143.   Appellant's **second** motion to extend time to file the supplement to the petition for grant of review is granted, **but only up to and including August 18, 2011,** and **absent extraordinary circumstances, no further extension of time will be granted in this case.**

No. 11–0520/AR.   U.S. v. Christopher L. Young.   CCA 20090614.   On consideration of Appellant's petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that within 20 days of the date of this order, appellate defense counsel will file an additional supplement on issue #4 raised by Appellant pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), concerning trial defense counsel's failure to request further neuropsychological testing on Appellant to determine the extent to which Appellant was suffering from post–traumatic stress disorder and post–concussive syndrome.   Appellee's answer shall be filed within 20 days of the filing of Appellant's additional supplement, and a reply may be filed within 5 days of Appellee's answer.

Thursday, July 28, 2011

No. 11–0474/AR.   U.S. v. Anthony P. Knowland.   CCA 20071405.   Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S